UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIAOJUAN LI,
                        Petitioner,

               -against-

TIMOTHY HOUGHTON,

                       Respondent.
------------------------------------------------------------X

22 Civ. 4263 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on May 24, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Respondent shall, by **September 27, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **October 11, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: September 2, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**